UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE (A.L.G.), | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-285 |
| | § | |
| WYNDHAM HOTELS & RESORTS, INC., | § | |
| WYNDHAM HOTEL GROUP, L.L.C., | § | |
| TRAVELODGE HOTELS, INC., | § | |
| KRUPARU HOLDINGS, L.P., and | § | |
| KRUPARU INVESTMENTS, L.L.C. | § | |
| | § | |
| *Defendants.* | § | |

## JOINT STIPULATION FOR RULE 41 DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe (A.L.G.) voluntarily dismisses her claims against all Defendants, including WYNDHAM HOTELS & RESORTS, INC., WYNDHAM HOTEL GROUP, L.L.C., TRAVELODGE HOTELS, INC., KRUPARU HOLDINGS, L.P., AND KRUPARU INVESTMENTS, L.L.C with prejudice. Plaintiff has conferred with counsel for the Defendants who consent and stipulate to this dismissal with prejudice, and all parties who have appeared in his matter have signed this stipulation. Further, the parties agree that Plaintiff shall not seek to recover her attorneys' fees, costs, and legal expenses of her own counsel in connection with any claims from any of Defendants, and each of Defendants shall not seek to recover its attorneys' fees, costs, and legal expenses of its own counsel in connection with any claims from Plaintiff. The parties agree not to file any further motions in this case once this Notice of Voluntary Dismissal with Prejudice is e-filed in this matter.

1

DATED: March 27, 2026,     Respectfully Submitted,


**Provost✳Umphrey Law Firm, L.L.P.**

By: */s/ Bryan O. Blevins, Jr.*
Bryan O. Blevins, Jr. |SBN 02487300
Colin D. Moore | SBN 24041513
Ashlynn K. Alexander | SBN 24137302
Claire Brown
350 Pine Street, Ste. 1100
Beaumont, TX 77701
(409) 835-6000 Telephone
bblevins@pulf.com
cmoore@pulf.com
aalexander@pulf.com
cbrown@pulf.com

**ATTORNEYS FOR PLAINTIFF**


*/s/Mallory Biblo*
Mallory Biblo | SBN 24087165
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
Mallory.biblo@us.dlapiper.com

*Counsel for Wyndham Hotels & Resorts, Inc.,
Wyndham Hotel Group, L.L.C., and
Travelodge Hotels, Inc.*

*/s/Gregg R. Miller*
Gregg R. Miller
Espey&Associates, PC
12400 San Pedro Ave, Suite 200
San Antonio, TX 78216
gmiller@lawespey.com

*Counsel for Kruparu Holdings, LP and
Kruparu Investments, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 27th day of March, 2026, a true and correct copy of the foregoing was served via the CM/ECF system, which sent notification of service to all counsel of record.

*/s/ Bryan O. Blevins, Jr.*
Bryan O Blevins, Jr.

3